IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.1:26-mj-281 |
| ELIJAH R. STRICKLAND, | ) | Court Date: July 27, 2026 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor – E2572494)

THE UNITED STATES ATTORNEY'S OFFICE CHARGES THAT:

On or about May 13, 2026, at Marine Corps Base Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ELIJAH R. STRICKLAND, did unlawfully operate a motor vehicle on a highway at a speed of 20 miles per hour or more in excess of the applicable maximum speed limit.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-862.)

Count II (Petty Offense – E2572495)

THE UNITED STATES ATTORNEY'S OFFICE CHARGES THAT:

On or about May 13, 2026, at Marine Corps Base Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ELIJAH R. STRICKLAND, did unlawfully fail to drive as nearly as is practicable entirely within a single lane and moved from that lane without ascertaining that such movement could be made safely.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-804(2).)

Respectfully submitted,

By:                  /s/

Edward C. Ramirez
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: edward.ramirez@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on July 22, 2026, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By: _____/s/_____
Edward C. Ramirez
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: edward.ramirez@usdoj.gov